1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                         EASTERN DISTRICT OF CALIFORNIA

9

10    DEMARREA MCCOY-GORDON,                    Case No. 1:20-cv-01728-NONE-EPG (PC)

11              Plaintiff,                      ORDER DIRECTING THE CLERK OF
                                                COURT TO ASSIGN A DISTRICT JUDGE
12       v.                                     AND CLOSE THE CASE

13    GRAY, et al.,                             (ECF No. 17)

14              Defendants.

15

16        On March 8, 2021, the parties filed a joint stipulation dismissing this action with prejudice

17    and with each party bearing its own costs and attorneys' fees.  (ECF No. 17).  In light of the

18    parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been

19    dismissed with prejudice and without an award of costs or attorneys' fees.  Accordingly, the Clerk

20    of Court is DIRECTED to assign a district judge to this case for the purpose of closing the case

21    and then to CLOSE THIS CASE.

22

      IT IS SO ORDERED.
23

24    Dated:   **March 8, 2021**            /s/ Erica P. Grosjean

25                                          UNITED STATES MAGISTRATE JUDGE

26

27

28

                                            1